Ronald Lee Rhodes
Reg. No. #34538
LCF P.O. Box 2
Lansing, Kansas  66043-0002



FILED
OCT 2 1998
RALPH L. DeLOACH Clerk
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD LEE RHODES, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 98-3323-GTV |
| GREG SCHAFFER, COLLETTE WIN- ) | |
| KELBAUER, MIKE NEVE, DAVE ) | |
| MENGHINI, JOSEPH MENGHINI, ) | |
| JERRY RYAN, MARK JONES, AND ) | |
| WILLIAM MINNER, ) | |
| Defendants. ) | |

### MOTION FOR APPOINTMENT OF COUNSEL

**COME NOW**, Plaintiff **Ronald Lee Rhodes**, pro se., and respectfully move in this Honorable Court to be given due consideration and him this motion for appointment of counsel to represent him throughout his litigation in the above-entitled matter.

Plaintiff In Support States the following Particulars:

1. Plaintiff is presently incarcerated at the Lansing Correctional Facility, P.O. Box 2, Lansing, Kansas 66043-0002.

2. Plaintiff has filed a civil complaint claiming racial discrimination against prison state officials, a privately owned close corporation and conspiracy against agents employed with the Kansas Human Rights Commission.



3. Plaintiff states that the resources available to him to accurately litigate his civil action is greatly limited.

4. Plaintiff states that the policies practiced at the prison regarding access to the law library are greatly restrictive and that access to legal research materials are grossly out dated and second hand.

5. Plaintiff states and asserts that the issues involved are extremely complex and that his knowledge of the law in vital areas which will arise is very limited.

6. Plaintiff states that he is indigent and is unable to retain a competent attorney to assist him in representing the proper legal issues necessary to receiving a just judgment.

**WHEREFORE,** Plaintiff humbly pray that this Honorable Court will give due consideration and respectfully grant this motion for appointment of counsel.

Respectfully Submitted,

*Ronald Lee Rhodes*
Ronald Lee Rhodes, pro se.,
Reg. No. #34538
LCF P.O. Box 2
Lansing, Kansas   66043-0002