# UN ED STATES DISTRICT C  JRT

## DISTRICT OF KANSAS



## JUDGMENT IN A CIVIL CASE

MAR 2 0 2002

RALPH L. DeLOACH, Clerk
By _____ Deputy



**RONALD L. RHODES,**

**Plaintiff,**

v.                                                    **CIVIL NO. 98-3323-GTV**

**GREG SCHAEFER, et al.,**

**Defendants.**


( )   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues
have been tried and the jury has rendered its verdict.

( X )   **DECISION BY THE COURT.** This action came before the Court. The issues have
been considered and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED** that the motion to dismiss of defendants Neve

and Winkelbauer is granted.

**IT IS FURTHER ORDERED AND ADJUDGED** that the motion for summary

judgment of defendants Schaefer, Menghini, and Menghini is granted.


Entered on the docket 3/20/02

**Dated: March 20, 2002**                  **RALPH L. DeLOACH, CLERK**



Deputy Clerk